District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RADO KHUNSENG,<br><br>   Plaintiff,<br><br>   v.<br><br>KENNETH T. CUCCINELLI, Acting Director, United States Citizenship and Immigration Services; et al.,<br><br>   Defendants. | CASE NO.  2:20-cv-00364-RAJ<br><br>Stipulated Motion and Order to Dismiss and Remand |

Plaintiff Rado Khunseng (Mr. Khunseng) and Defendants stipulate and move under Local Civil Rules 7(d)(1) and 10(g), and Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss and remand this case to United States Citizenship and Immigration Services (USCIS) for further administrative proceedings regarding Mr. Khunseng's N-400 Application for Naturalization.  Upon remand, based on currently available information, USCIS intends to issue a Notice of Intent to Deny Mr. Khunseng's N-400 Application and permit him time to respond and produce

STIPULATED MOTION AND ORDER TO DISMISS AND REMAND - 1
(*Khunseng v. Cuccinelli*, 2:20-cv-00364-RAJ)

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970

further information.  The parties believe that a remand to USCIS for such further administrative proceedings provides the best path forward.

    Accordingly, the parties stipulate that this case is DISMISSED without prejudice, and is REMANDED to USCIS for further administrative proceedings regarding Mr. Khunseng's N-400 Application for Naturalization.  The parties shall bear their own costs and attorney's fees in this action.

Respectfully submitted,

s/ *Meena P. Menter*
MEENA P. MENTER
Menter Immigration Law PLLC
130 Andover Park East, Suite 300
Tukwila, WA 98188
Phone: 206-419-7332
Fax: 206-407-2594
Email: Meena@meenamenter.com

BRIAN T. MORAN
United States Attorney

s/*Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4067
Email:  kyle.forsyth@usdoj.gov

STIPULATED MOTION AND ORDER TO DISMISS AND REMAND - 2
(*Khunseng v. Cuccinelli*, 2:20-cv-00364-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

Pursuant to the parties' stipulation, this case is DISMISSED without prejudice, and is REMANDED to USCIS for further administrative proceedings regarding Mr. Khunseng's N-400 Application for Naturalization. The parties shall bear their own costs and attorney's fees in this action.

DATED this 22nd day of April, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION AND ORDER TO DISMISS AND REMAND - 3
(*Khunseng v. Cuccinelli*, 2:20-cv-00364-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970